IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONDA K. NELSON, and BLAINE COUNTY, a political subdivision of the State of Montana,<br><br>Defendants. | CV 17-11-GF-BMM<br><br>DEFICIENCY JUDGMENT |

In the above-entitled cause it appears by the U.S. Marshal's Report of Sale ordered by the Judgment, Decree of Foreclosure and Order of Sale herein that the property described in the Judgment, Decree of Foreclosure and Order of Sale (Dkt. No. 13) was sold for $25,732.00 (Dkt. No. 16).

It further appears from the Judgment, Decree of Foreclosure and Order of Sale on file herein that there was due and owing by the defendant, Londa K. Nelson, to the plaintiff, United States of America, the sum of $65,365.63 as of

October 25, 2016 (Dkt. No. 13, Page 5, Para. 1). The United States does not seek a deficiency judgment on the portion of the judgment related to recapture of interest subsidy. The United States is entitled to a deficiency judgment as follows:

| | |
|---|---:|
| Amount Due as of October 25, 2016 | $65,365.63 |
| Interest from October 25, 2016 to the Date of Judgment (May 25, 2017) | $1,615.84 |
| Interest from the Date of Judgment (May 25, 2017) to the Date of Sale (August 4, 2017) | $146.35 |
| Total Due as of the Date of Sale (August 4, 2017) | $67,127.82 |
| Proceeds of Sale | $25,732.00 |
| TOTAL DEFICIENCY | $41,395.82 |

NOW, THEREFORE, IT IS ADJUDGED that the plaintiff, United States of America, does have and recover from the defendant, Londa K. Nelson, $41,395.82 together with interest at the rate of 1.1 percent per annum from and after the date of sale, August 4, 2017.

ENTERED this __12th__ day of ____September____, 2017.

_Brian Morris_
BRIAN MORRIS
United States District Court Judge